**WARREN PUBLISHING, INC., Plaintiff–Counter–Defendant–Appellee,**

v.

**MICRODOS DATA CORP.; Robert Payne, Defendants–Counter–Claimants–Appellants.**

**No. 93–8474.**

United States Court of Appeals, Eleventh Circuit.

Oct. 5, 1995.

Carl M. Davis, II, Kennedy & Kennedy, Atlanta, GA, for appellants.

Joyce B. Klemmer, Smith Gambrell & Russell, Atlanta, GA, for appellee.

---

## ON PETITION FOR REHEARING

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges of this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

---

* Senior U.S. Circuit Judge John C. Godbold has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).